No. 95–6363.   SALINAS-GALVAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–6370.   WEST *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 95–6374.   COLEMAN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–6378.   BRUNSON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–6397.   SKORNIAK *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–6416.   RAPHAEL *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–6418.   MATTOS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–6421.   SALEEM *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–6423.   BARRETTO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95–6425.   ALADICS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–6437.   JACKSON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 95–420.   CALDERON, WARDEN *v.* DOUGLAS.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 95–450.   ORIX CREDIT ALLIANCE, INC. *v.* DELTA RESOURCES, INC.   C. A. 11th Cir.   Motions of American Council of Life Insurance and General Motors Acceptance Corp. et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 95–454.   PATAKI, GOVERNOR OF NEW YORK, ET AL. *v.* BAKER ET AL.   C. A. 2d Cir.   Motion of petitioners to defer consideration of petition for writ of certiorari denied.   Certiorari denied.